# First District Court of Appeal
## State of Florida

_____

No. 1D18-1585

_____

ANDREW M. GOMEZ,

   Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

   Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

March 27, 2019

PER CURIAM.

   DENIED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andrew M. Gomez, pro se, Petitioner.

Ashley B. Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Respondent.